ADAM GORDON
United States Attorney
ORLANDO B. GUTIERREZ
CA State Bar No. 183745
Assistant United States Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6958
Email: orlando.gutierrez@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCIA-HERNANDEZ, <br><br>Petitioner, <br><br>v. <br><br>PAM BONDI, Attorney General of the United States, *et al.*, <br><br>Respondents. | Case No. 25-CV-1117-BAS <br><br>**UNITED STATES' RESPONSE TO PETITIONER'S WRIT AND APPLICATION FOR HABEAS CORPUS AD PROSEQUENDUM** <br><br>Date/Time: TBD <br><br>Chief U.S. District Judge Cynthia Bashant |

The Court should deny the Petition for Writ of *Habeas Corpus* as moot. Petitioner made his initial appearance before U.S. Magistrate Judge Allison H. Goddard on May 2, 2025. Specifically, Petitioner, as a defendant in 25-MJ-02245-AHG-1, made his initial appearance where he was arraigned on the charges, appointed counsel, and advised of the preliminary and arraignment hearing dates. *United States v. Garcia Hernandez*, 25-MJ-02245-AHG-1.

A habeas petition is moot if the petitioner seeks relief that "cannot be 'redressed by a favorable decision' of the court issuing a writ of *habeas corpus*." *Burnett v. Lampert*, 440 F.3d 996, 1000-01 (9th Cir. 2005) (citing *Spencer v. Kemna*, 523 U.S. 1, 7 (1998)). Here, Petitioner was presented and made his initial appearance. As such, Petitioner has received

the requested relief, and so no favorable decision of this Court will redress the petition. Therefore, Petitioner's petition for writ of *habeas corpus* should be denied as moot, and the instant civil case should be closed. The United States will continue to work with its agency partners to ensure compliance with Rule 5.

DATED: May 2, 2025

Respectfully submitted,

ADAM GORDON
United States Attorney

*s/ Orlando B. Gutierrez*
Orlando B. Gutierrez
Assistant United States Attorney